■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKIE TYLER, Appellant. [693 NYS2d 450] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Ohlig, J.), imposed June 10, 1997, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed (*see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., O'Brien, Sullivan, Goldstein and Schmidt, JJ., concur.